McCALEB, C. J., and SUMMERS, J., are of the opinion that the application should be granted as a matter of right. It appears the judgment is in conflict with Edington Drilling Co. v. Yearwood, 239 La. 303, 118 So.2d 419 and Josey v. Howard Lbr. & Supply Co., La.App., 232 So.2d 119.

DIXON, J., dissents from the refusal.

252 So.2d 451

**Douglas R. LOVETT, Jr.**

**v.**

**The CONTINENTAL INSURANCE COMPANY et al.**

No. 51563.

Sept. 23, 1971.

In re: Philip Reichert, Jr. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 249 So.2d 581.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.